DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**XIOMARA ZUNIGA,**
Appellant,

v.

**PACIFIC FINANCIAL ASSOCIATION, INC.,**
Appellee.

No. 4D18-0487

[May 17, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-17-002288.

Alan Glenn, Miami, for appellant.

Ryan C. Wagner of Wagner Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*